# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:
Arts Dairy    Debtor(s)
(Related Case No.    09-32386)

Robert McComber

      PLAINTIFF(S)

vs.    Case No.    09-3080

Arts Dairy, LLC, et al

      DEFENDANT(S)

**NATURE OF PROCEEDING:** Telephonic Pre-Trial on Complaint for Declaratory Judgment and to Establish Administrative Claim

**APPEARANCES:** P/
Nathan Hall, Atty for Arts Dairy, LLC
Steven Diller, Attorney for Plaintiff
Christopher B. Wick, Atty for Agstar Financial   Valentine

**DECISION OF COURT:**

- [x] HELD
- [ ] NOT HELD
- [ ] DECISIONAL
- [ ] MOTION TO CONTINUE  FILED / F/C in ____ days
- [ ] ENTRY F/C ____ days
- [ ] STATUS REPORT F/C ____ days
- [ ] MOTION FOR DEFAULT F/C ____ days
- [ ] REQ. FOR ALIAS SUMMONS F/C ____ days
- [ ] MOTION FOR SUMMARY JUDGMENT BY PL / DEF  TO BE FILED ____
  RESPONSE BY PL/DEF. DUE ____
  RESPONSE BY PL/DEF. DUE ____

- [ ] CONTINUED P/T SET ____ AT ____ a.m./p.m.
- [ ] P/T to be *Telephonic*
- [ ] DISCOVERY to be completed by ____ by 4:00 P.M.
- [ ] TRIAL SET ____ AT ____ a.m./p.m.
- [ ] TRIAL SET FOR ALL · a.m. / p.m. / day
- [ ] P/T BRIEFS, WITNESS LISTS, ETC. DUE MONDAY, ____ BY 4:00 p.m.
- [ ] PL / DEF  TO FILE SCHEDULES I & J
- [ ] GRANTED
- [ ] APPROVED
- [ ] DENIED
- [ ] SUSTAINED

**COMMENTS OF COURT:** Brief t/c 14 days in Response to Motion to Dismiss
Any Reply then due w/I 7 days

**DATED:** Friday, June 26, 2009